UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANDREW MATTOX II,                                    Index # 07 CIV 7266
       -vs-                                          (Judge Buchwald)

CITY OF NEW YORK, POLICE OFFICER HARITON MARACHILION SHIELD # 13084, ET. AL.,
-----------------------------------------------------------------x

STATE OF      NEW YORK           )
COUNTY OF     NEW YORK           )    ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND and COMPLAINT

**PARTY SERVED:**    CITY OF NEW YORK c/o Corporation Counsel

**LOCATION OF SERVICE:**   100 Church Street, 4th Floor
                           New York, NY 10007

**PARTY ACCEPTING SERVICE:**   Garry Jean-Gilles, Docketing Clerk
**DATE OF SERVICE:** 8/22/07   **TIME OF SERVICE:** 1:48 p.m.

An approximate description of the person served with process listed herein:

**SEX:** M   **SKIN COLOR:** Black   **HAIR:** Black   **AGE:** 31   **HEIGHT:** 5'9"
**WEIGHT:** 165   **OTHER FEATURES:** Moustache, beard and long dreadlocks.

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above named person who is the authorized agent of said Government Agency.

ERIC AVERBACH
NYC Lic. #918927

SWORN TO BEFORE ME ON 8/26/07

Qualified
in Queens