Fax:   Mar 31 2008 05:08pm   P002/003



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 Church St.
New York, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

PRATHYUSHA REDDY
*Assistant Corporation Counsel*
Tel: (212) 788-0963
Fax: (212) 788-9776

March 31, 2008

**BY FAX**
The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Andrew Mattox v. City of New York, et al., 07 CV 7266 (NRB)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, assigned to the defense of the above-referenced action. I write pursuant to the Court's Order, dated February 21, 2008, directing the parties to submit a status letter to the Court after the completion of certain discovery.

  To date, the parties have conducted the depositions of non-party eyewitnesses Kim Serrano and George Cortes. In addition, defendants have obtained and produced the FDNY Ambulance Call Report pertaining to plaintiff's treatment on the date of the incident.

  Plaintiff has recently obtained additional medical records that relate to his purported injuries in this case. Plaintiff's attorney, Mr. Lichtmacher, has informed the undersigned that he intends to produce these medical records by the end of this week. In addition, the parties have each served their first set of discovery requests upon each other and, accordingly, by agreement today, their responses are due on April 23, 2008. Plaintiff's deposition is tentatively scheduled for June 9, 2008. Defendant Police Officer Marachilean's and Police Officer Franklyn's depositions have tentatively been scheduled for June 10, 2008, and June 11, 2008. Once the aforementioned discovery has been completed, the parties are hopeful that they will be in a more informed position to continue to discuss settlement.

*Endorsement (including party discovery) All discovery will be completed in time to provide the Court with a status report (including settlement progress) by May 30, 2008. So Ordered.*

April 1, 2008

Thank you for your consideration herein.

Respectfully submitted,

Prathyusha Reddy (PR 5579)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   **BY FAX**
Fred Lichtmacher, Esq.
Attorney for Plaintiff
350 5th Avenue
Suite 7116
New York, New York 10118