```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANDREW MATTOX II,

                    Plaintiff,

        - against -                        O R D E R

NEW YORK CITY, POLICE OFFICER HARLTON       07 Civ. 7266 (NRB)
MARACHILTAN, Shield # 13084 and POLICE
OFFICER SHELDON FRANKLYN, Shield # 27179

                    Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS** plaintiff has filed a lawsuit alleging that certain police officers used excessive force in arresting him at the 116th St. subway station; and

   **WHEREAS** plaintiff's attorney, Fred Lichtmacher, Esq., has requested to take photographs of the 116th St. station; and

   **WHEREAS** counsel for the City of New York, Prathyusha Reddy, Esq., also wants to take photographs; it is hereby

   **ORDERED** that the Metropolitan Transit Authority permit the lawyers in this case to take photographs inside the 116th St. station for this limited purpose on a mutually agreeable date for no more than two (2) hours.

Dated:   New York, New York
         July 21, 2008

                                    /s/ Naomi Reice Buchwald
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Fred Lichtmacher, Esq.
The Empire State Building
350 Fifth Avenue, Suite 7116
New York, NY 10118

Prathyusha Reddy, Esq.
Office of the Corporation Counsel
City of New York
Law Department
100 Church Street
New York, NY 10007